IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| THERESA FINNIESSEE, | : |
| Plaintiff, | : |
| v. | : Case No. 7:14-CV-00114-HL-TQL |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## ORDER

Pursuant to the power of this court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Government's request, with Plaintiff's consent, this Court remands this action for further administrative proceedings. Upon remand, the Appeals Council will direct the ALJ to reconsider the claimant's RFC as appropriate based on the medical opinion evidence and obtain supplemental evidence from a vocational expert, if necessary.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schafer, 506 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 2nd day of February, 2015.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE
